# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

127624

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DELAYNE EDWARD MIMS,
     Plaintiff-Appellant,

v

                                      SC: 127624
                                      COA: 256645
                                      Wayne CC: 03-327027-NO

POLICE OFFICER HINES,
     Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the November 24, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CAVANAGH and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

Clerk

s1026